IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:12-mj-0021 CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| JAMES SNAPP, | |
| Defendant. | |

Defendant is remanded to the custody of the U.S. Marshal's to be held at the Shasta County Detention Facility, Redding, California, until arrangements can be made by the U.S. Marshal's Service for transportation to a Sacramento detention facility. Thereafter, defendant shall appear in court in accordance with Rules 10 and 58, Fed. Rules Crim. Proc.

Dated: September 4, 2012

_____
Craig M. Kellison
U.S. Magistrate Judge

1